■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMIN THOMAS, Appellant. [979 NYS2d 546]—

Defendant pleaded guilty to criminal possession of a controlled substance in the fifth degree, waived his right to appeal and was sentenced as a second drug/violent felony offender to an agreed-upon prison term of 4¹/₂ years, followed by two years of postrelease supervision. Defendant appeals.

Based upon our review of the record and counsel's brief, we agree with appellate counsel that there are no nonfrivolous is-

sues to be raised on appeal. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Rose, J.P., Lahtinen, McCarthy and Garry, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.